

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2014

No. 04-13-00048-CR

**THE STATE OF TEXAS,**
Appellant

v.

Christopher Glen **ADAMS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120324
Judge Spencer W Brown, Judge Presiding

## O R D E R

On June 25, 2014, this court issued an opinion in this appeal wherein this matter was abated and remanded to the trial court. The trial court was directed to file more specific findings of fact and conclusions of law in accordance with the Texas Court of Criminal Appeals mandates in *State v. Elias*, 339 S.W.3d 667 (Tex. Crim. App. 2011) and *State v. Cullen*, 195 S.W.3d 696 (Tex. Crim. App. 2006). On July 21, 2014, the trial court filed a supplemental clerk's record including additional findings of fact and conclusions of law.

This matter is reinstated on this court's docket. In light of the trial court's additional findings of fact and conclusions of law, the parties may file supplemental briefs in this court. We **ORDER** the State to file its supplemental brief, if any, in this court on or before **August 22, 2014**. The appellant's supplemental brief, if any, will be due in this court thirty days after the date the State's supplemental brief is filed. If either party chooses not to file a supplemental brief, that party is **ORDERED** to notify this court of such fact in writing on or before **August 4, 2014**. If the State decides not to file a supplemental brief, the appellant may still file a supplemental brief, and such brief will be due thirty days after the date the State advises this court in writing that it does not intend to file a supplemental amended brief.

We **ORDER** the clerk of this court to serve copies of this order on the appellant and all counsel.

_____

Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2014.

_____

Keith E. Hottle

Clerk of Court